UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELVIN SHEPHERD PETITIONER

V. CIVIL ACTION NO. 3:25-CV-421-DPJ-ASH

WARDEN, FCC YAZOO CITY RESPONDENT

ORDER

Petitioner Elvin Shepherd, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [1]. He challenges the Bureau of Prisons' (BOP) calculation of his sentence. *Id.* at 1.

On August 4, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [9]. Judge Harris recommends that the Court deny and dismiss Shepherd's petition with prejudice because, among other reasons, the "BOP has correctly calculated Shepherd's sentence." R&R [9] at 5. No objection has been filed, and the time to do so has passed.[1] *See id.* at 7–8 (advising Shepherd that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having

[1] The Court mailed a copy of Judge Harris's R&R to Shepherd at his last known address at Yazoo City Low, P. O. Box 5000, Yazoo City, MS 39194. *See* Aug. 4, 2026 Staff Note. On August 17, 2026, the envelope containing the R&R was returned and marked "person no longer here." Mail Returned [10] at 1.

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [9] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Shepherd's petition is denied and dismissed with prejudice. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE